No. 989. RAHRIG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Harold M. Street* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1066. SECOND JUDICIAL DISTRICT COURT OF NEVADA, COUNTY OF WASHOE (WRIGHT, REAL PARTY IN INTEREST) *v.* NEVADA; and
No. 1091. SECOND JUDICIAL DISTRICT COURT OF NEVADA, COUNTY OF WASHOE (EDDINGTON, REAL PARTY IN INTEREST) *v.* NEVADA. Sup. Ct. Nev. Certiorari denied. Reported below: —— Nev. ——, 432 P. 2d 87.

No. 1087. NEW YORK *v.* MORTON SALT CO. ET AL. C. A. 3d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *George C. Mantzoros* and *Joel A. Windman,* Assistant Attorneys General, *David Berger* and *Herbert B. Newberg* for petitioner. *Lewis H. Van Dusen, Jr.,* for respondent International Salt Co. and *Israel Packel* for respondent Cayuga Rock Salt Co.

No. 1094. CORRAL SPORTSWEAR CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Karl H. Mueller* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1106. MANSON *v.* INDIANA; and
No. 1107. SUBER *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *Palmer K. Ward* for petitioners in each case. *John J. Dillon,* Attorney General of Indiana, and *Dennis J. Dewey,* Deputy Attorney General, for respondent in both cases. Reported below: —— Ind. ——, 229 N. E. 2d 801.